7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Daniel Napo Sanwogou
*Debtor*

*Bankruptcy Case No.*
15–40056–can11

**American Express Bank, FSB**
　Plaintiff(s)

*Adversary Case No.*
15–04032–can

v.

**Daniel Napo Sanwogou**
　Defendant(s)

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Stipulation to Judgment is APPROVED, and it is further ORDERED that a nondischargeable judgment shall be entered in favor of American Express Bank, FSB, and against Daniel Napo Sanwogou, in the amount of $40,940.00, which can be satisfied pursuant to the Stipulation to Judgment, and it is further ORDERED that the Clerk of the Court shall mark the above–captioned adversary matter as CLOSED.

Ann Thompson
Court Executive

By: /s/ Debra Lynn Harden
　　Deputy Clerk



Date of issuance: 4/9/15

Court to serve